IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



FILED
NORTHERN DISTRICT OF TEXAS
AUG 22 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| JOHNNY JOHNSON | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| BARR AIR PATROL, L.L.C. | § | 307 - CV1444-N |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record for Plaintiff Johnny Johnson certifies the following may have an interest in the outcome of this case:

1. Barr Air Patrol, L.L.C.
   Registered Agent: Mike McDuffie
   5574 Sugar Hill
   Houston, Texas 77056

2. Johnny Johnson
   10306 Boca Court
   Houston, TX 77099

3. Durwood D. Crawford
   GOINS, UNDERKOFLER, CRAWFORD & LANGDON, LLP
   *A Registered Limited Liability Partnership*
   Renaissance Tower
   1201 Elm Street, Suite 4800
   Dallas, Texas 75270

Respectfully submitted,

_____
**Durwood Crawford**
Texas Bar No. 05021000
**Goins Underkofler Crawford
& Langdon, LLP**
1201 Elm Street, Suite 4800
Dallas, Texas 75270
214.969.5454
214.969.5902 Fax

**Attorneys for Plaintiff Johnny Johnson**