AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Johnny Johnson

V.

Barr Air Patrol, L.L.C.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**3 07 - CV 1 4 4 4 - N**

TO: (Name and address of Defendant)

Barr Air Patrol, L.L.C.
c/o Registered Agent: Mike McDuffie
5574 Sugar Hill
Houston, Texas 77056

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Durwood Crawford
Texas Bar No. 05021000
Goins Underkofler Crawford
  & Langdon, LLP
1201 Elm Street, Suite 4800
Dallas, Texas 75270
214.969.5454
214.969.5902 Fax

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT               AUG 2 2 2007
CLERK                         DATE          8/20/2007
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                          Date                          *Signature of Server*

                                                           _____
                                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.