IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY JOHNSON | * | |
| VS. | * | CIVIL ACTION NO. 3:07-CV-1444-O |
| BARR AIR PATROL, L.L.C. | * | |

### BARR AIR PATROL, L.L.C.'S UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Barr Air Patrol, L.L.C. ("Barr"), and files this Unopposed Motion for Continuance and would show this Court as follows:

1. On July 14, 2008, Barr filed its Motion for Partial Summary Judgment as to Johnny Johnson's ("Johnson") age discrimination claim. On March 31, 2009, this Court granted Barr's Motion for Partial Summary Judgment. The March 31, 2009 order dismissed Johnson's age discrimination claims.

2. There remains in this case Johnson's common law defamation claim. Barr believes such claim can be disposed of by a summary judgment motion. Johnson disagrees but does not object to the relief sought in this motion.

3. Barr requests that the deadline for filing dispositive motions be extended to May 1, 2009 and that the deadlines for pretrial disclosure be extended to June 21, 2009, the deadline for pretrial materials be extended to July 18, 2009 and the trial date be reset to August 1, 2009.

1

Respectfully submitted,

William T. Green, III, P.C.


By: ____/s/__William T. Green, III_____
    William T. Green, III
11 Greenway Plaza, Suite 2820
Houston, Texas 77046
(713) 626-9296/ Fax No.: (713) 961-0883
State Bar No.: 08375500
Attorney for Defendant

    _____/s/ David Shuford_____
2902 Carlisle Street, Suite 100
Dallas, Texas 75204
(214) 742-1701/ Fax No.: (214) 742-1701
State Bar No.: 18319000
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was sent electronically to the following on this 21st day of April, 2009.

    _____/s/ William T. Green, III_____
    William T. Green, III


Mr. Durwood Crawford
Goins, Underkofler, Crawford & Langdon
1201 Elm Street, Suite 4800
Dallas, Texas 75270

c:\client\misc\03-042109-mot continuance-barr air patrol-johnny Johnson case