IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY JOHNSON | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 307-CV1444-N |
| | § | |
| BARR AIR PATROL, L.L.C. | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the parties, Plaintiff, Johnny Johnson and Defendant Barr Air Patrol, LLC and advise the Court that this case has been settled and fully resolved.

Dated this the  27  day of May, 2009.

Respectfully submitted,

/s/ Durwood D. Crawford
_____
Durwood D. Crawford
State Bar No. 05021000
GOINS, UNDERKOFLER, CRAWFORD
 & LANGDON, LLP
1201 Elm Street, Suite 4800
Dallas, Texas 75270
(214) 969-5454/(214) 969-5902 (FAX)
Attorneys for Plaintiff, Johnny Johnson

/s/ William T. Green, III
_____
William T. Green, III
William T. Green, III, P.C.
11 Greenway Plaza, Suite 2820
Houston, Texas 77046
(713) 626-9296/(713) 961-0883 (FAX)
Attorneys for Defendant, Barr Air Patrol, LLC