UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:07-CV-1444-O |
| § | ECF |
| BARR AIR PATROL, L.L.C., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Johnny Johnson's Motion To Dismiss With Prejudice (Doc. # 40), filed June 16, 2009.

Having considered the motion pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court finds the motion should be and is hereby **GRANTED**.

IT IS THEREFORE ORDERED that the claims and causes of action asserted by Plaintiff Johnny Johnson against Barr Air Patrol LLC are hereby **DISMISSED with prejudice**.

**SO ORDERED** on this 17th day of June, 2009.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE